JS-6

POLSINELLI LLP
WESLEY D. HURST (SBN 127564)
whurst@polsinelli.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:   (310) 556-1801
Facsimile:    (310) 556-1802

*Attorneys for Defendant*
*Enterprise Rent-A-Car Company of Los Angeles, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WALKER, an individual<br><br>Plaintiff<br><br>v.<br><br>ALISSA SOLK, an individual; ENTERPRISE RENT-A-CAR COMPANY OF LOS ANGELES; and DOES 1-100<br><br>Defendants. | Case No. SACV 14-00730-DOC (ANx)<br><br>**ORDER ON STIPULATION TO REMAND CASE TO STATE COURT [9]**<br><br>Honorable David O. Carter<br><br>(Orange County Superior Court Case No. 30-2014-00718386-CU-PA-CJC) |

THIS COURT, having read and considered the Stipulation To Remand Case To State Court jointly submitted by Plaintiff David Walker ("Walker") and Defendant Enterprise Rent-A-Car Company of Los Angeles ("ERAC-LA") and finding good cause therefor, orders that the Stipulation is GRANTED and that this action is remanded to the Superior Court of the State of California for the County of Orange.

Dated:  June 10, 2014

*[signature: David O. Carter]*

THE HONORABLE DAVID O. CARTER

1

ORDER ON STIPULATION TO REMAND CASE TO STATE COURT

48153246.1